UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-868 (SHS) |
| -against- | : | <u>ORDER</u> |
| EVELIN BRACY, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal the following documents:

    1.    Waiver of Indictment;

    2.    Criminal Cover Sheet;

    3.    (S1) Superseding Information;

    4.    Minute Entry for Bail Hearing dated June 10, 2019; and

    5.    Minute Entry for Change of Plea dated December 21, 2018.

Dated: New York, New York
         April 19, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.