| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:18-CR-0868-3 (SHS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Evelin Bracy | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Sidney H. Stein | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/19/2022 | TO 4/18/2025 |

OFFENSE

Count 1: Conspiracy to Possess and Distribute Controlled Substance, in violation of 21 USC 846, and 21 USC 841(b)(1)(C), a C Class Felony. Count 2: Distribution of Narcotics Over the Internet, in violation of 21 USC 841(h)(1)(A)(B) and 21 USC 841 (b)(1)(C), a Class C Felony. Count 3: Conspiracy to Commit Money Laundering, in violation of 18 USC 1956(h), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/10/2023_  
Date

United States District Judge   Sidney H. Stein

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
Effective Date

_____  
United States District Judge